UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | 3:11 CR 00034-1 |
| | ) | Judge Marvin E. Aspen |
| DAVID E. MILLER | ) | |

## ORDER

In light of the Sixth Circuit's October 30, 2013 judgment, remanding this case for further proceedings, we will schedule a re-sentencing hearing for Mr. Miller. Counsel shall appear for a status hearing in Courtroom 783 on Friday, November 22, 2013 at 10:30 a.m. to select a date for Mr. Miller's re-sentencing, pending issuance of the mandate from the Sixth Circuit. Mr. Miller, however, need not appear. Because the mandate has not yet issued, and given the limited purpose of this hearing, we do not require Mr. Miller's presence on November 22, 2013.

SO ORDERED:

_____
Marvin E. Aspen
United States District Judge

Dated: Chicago, Illinois
November 15, 2013