# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | 3:11 CR 00034-1 |
| | ) | Judge Marvin E. Aspen |
| DAVID E. MILLER | ) | |

## ORDER

We have reviewed Defendant's Motion to Reschedule Re-sentencing Hearing and Requesting that Bureau of Prisons Grant Furlough (Dkt. No. 152), filed December 20, 2013, as well as the Government's response (Dkt. No. 153). Defendant's motion to reschedule his re-sentencing for an earlier date is allowed. After the Court and the parties have received the revised presentence report and the parties have had an opportunity to file objections, the Court will set an expedited sentencing date. The Defendant's motion for a furlough is denied.

SO ORDERED:

/s/ Marvin E. Aspen
Marvin E. Aspen
United States District Judge

Dated: Chicago, Illinois
December 23, 2013