# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) 3:11 CR 00034-1 |
| | ) Judge Marvin E. Aspen |
| DAVID E. MILLER | ) |

## ORDER

We received Defendant's Motion for an Order Expediting the date of his re-sentencing hearing. (Dkt. No. 157.) At this time, because of other trial commitments, we do not anticipate being able to move up Mr. Miller's re-sentencing during the month of March. The re-sentencing hearing will remain scheduled for April 28, 2014 at 2:00 p.m., unless we determine at another time that an earlier date in April is feasible. Accordingly, the motion is denied without prejudice.

SO ORDERED:

_____
Marvin E. Aspen
United States District Judge

Dated:   Chicago, Illinois
         February 28, 2014