UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | 3:11 CR 00034-1 |
| | ) | Judge Marvin E. Aspen |
| DAVID E. MILLER | ) | |

## ORDER

We reviewed the Government's Notice of Counsel Availability. (Dkt. No. 160.) Based on the Government's unavailability for several weeks in April, Mr. Miller's resentencing hearing will take place as scheduled on April 28, 2014. The court is confident that the Government will be able to recess the *United States v. Shaub* trial for an hour or two, as necessary, to complete the sentencing hearing as scheduled.

SO ORDERED:

_____
Marvin E. Aspen
United States District Judge

Dated:   Chicago, Illinois
         March 4, 2014